Sylvester **RICHARDSON**, Plaintiff-Appellant,

v.

**R.O.S.P. MEDICAL DEPT.; Dr. Miller; Sgt. Payne; Osborne, Officer; Officer Stanly, Defendants-Appellees.**

No. 17-6087

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2017

Decided: May 30, 2017

Sylvester Richardson, Appellant Pro Se. Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia; Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before WILKINSON, SHEDD, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester Richardson appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. R.O.S.P. Med. Dep't*, No. 7:15-cv-00595-NKM-RSB (W.D. Va. Jan. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*